TDCJ Offender Details     B3,332-01     Page 1 of 2

TDCJ Home     New Offender Search

# Offender Information Details

| Return to Search list |
| --- |

| | |
| --- | --- |
| **SID Number:** | 07867051 |
| **TDCJ Number:** | 01991769 |
| **Name:** | WILSON,SHANNON |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1994-08-05 |
| **Maximum Sentence Date:** | 2018-01-02 |
| **Current Facility:** | JOE F GURNEY |
| **Projected Release Date:** | 2018-01-02 |
| **Parole Eligibility Date:** | 2018-01-02 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

### SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
| --- | --- |
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
| --- | --- | --- | --- | --- | --- |
| 2012-07-30 | POSS CS: COCAINE PG2 < 1G | 2012-08-28 | TRAVIS | D-1-DC-12-203925 | 180 Days |
| 2013-05-16 | DEL CS COCAINE DFZ | 2013-09-19 | TRAVIS | D-1-DC-13-301086 | 4-00-00 |